PETER A. BEE*
RICHARD P. READY
WILLIAM C. DEWITT
ANDREW K. PRESTON**
STEPHEN L. MARTIR**

* ALSO ADMITTED IN FL
** ALSO ADMITTED IN NJ

# BEE READY LAW GROUP, LLP

170 Old Country Road, Suite 200
Mineola, New York 11501
T. 516-746-5599 -- F. 516-746-1045
www.beereadylaw.com

SENIOR ASSOCIATE:
RHODA Y. ANDORS

ASSOCIATES:
PETER J. OLIVERI, JR.
THEODORE GORALSKI
JASON P. BERTUNA
**CHRISTOPHER J. NEUMANN
KEVIN SIMMONS
CATHERINE V. BATTLE
BARBARA VAN RIPER

> The deadline for completing discovery is extended until April 15, 2025. The Clerk of Court is respectfully requested to terminate ECF 26.
> Date: 1/27/2025
> New York NY
>
> SO ORDERED
>
> _[signature]_
>
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

The Honorable Robyn F. Tarnofsky,
Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

Re.:   *Elgaiar v. Raymangano 7th Ave. Pizza Corp.*
       Case No. 24-CV-03263 (PAE) (RFT)

Dear Judge Tarnofsky,

This office represents Defendant Raymangano 7th Ave. Pizza Corp. ("Defendant") in the above-referenced action.

I am writing to request an approximate one month adjournment of the settlement conference that is currently scheduled for Wednesday, February 5, 2025, at 10:00 a.m. before Your Honor, and a commensurate extension of the discovery deadline, which is currently March 27, 2025. Plaintiff's counsel informed me that he has no objection to this request. The parties are both available on March 4, 11, and 18, 2025 for a rescheduled settlement conference.

I am making this request because I was recently assigned to this case and require additional time to review file documentation to prepare Defendant's pre-conference submission and engage productively in the settlement process. The reassignment of this matter was necessitated due to the ascension to the New York State Supreme Court bench of previously assigned counsel, Deanna Panico, Esq.

The parties also respectfully request a stay of discovery pending the outcome of the settlement conference, as the parties would prefer not to proceed with costly depositions if this matter can be resolved.

Thank you for your consideration of this request.

Very Truly Yours,

_[signature]_
Catherine V. Battle

cc: Abdul K. Hassan, Esq.