UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELSAYED ELGAIAR,<br><br>                 Plaintiff,<br><br>  -against-<br>RAYMANGANO 7TH AVE. PIZZA CORP.,<br><br>                Defendant. | 24cv03263 (PAE) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      As discussed at the conference held on April 14, 2025: 1) Plaintiff shall, by April 21, 2025, complete his document production; 2) by April 21, 2025, Defendants shall provide or provide again to Plaintiff their objections and responses to his discovery requests; 3) by April 28, 2025, Plaintiff shall make any application to compel production of additional discovery by Defendants and shall file any stipulation of dismissal of any of Plaintiff's claims; 4) by April 28, 2025, the parties shall schedule any depositions to be held in this matter, with Defendants' deposition(s) to be held during the week of May 12, 2025 and Plaintiff's deposition to be held during the week of May 19, 2025; 5) by May 27, 2025, any party with any remaining discovery-related issues needing the attention of the Court shall file a letter on the docket setting out those issues; and 6) by May 30, 2025, the parties shall file a joint letter on the docket indicating whether either a settlement conference or Court-annexed mediation would be appropriate at that time. If necessary, I will hold a telephonic discovery conference on May 30, 2025, at 9:30 AM; the dial-in information will be circulated on May 28, 2025, if such a conference is needed. The deadline for completion of all discovery in this matter is extended until May 30, 2025.

Date: April 15, 2025
      New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE