UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELSAYED ELGAIAR,<br><br>                Plaintiff,<br><br>-against-<br>RAYMANGANO 7TH AVE. PIZZA CORP.,<br><br>                Defendant. | 24cv03263 (PAE) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference held on May 5, 2025: (1) Defendants shall, by **May 12, 2025**, file a letter on the docket indicating the categories of documents, if any, they are withholding based on objections to Plaintiff's document requests; (2) Defendants shall, by **May 12, 2025,** file an amended answer, if any; (3) Plaintiff shall, by **May 19, 2025,** file a letter if necessary raising any disputes about deposition witnesses, to which Defendants may respond by **May 22, 2025;** and (4) the deadline for completing discovery is extended until **June 13, 2025**.

The Clerk of Court is respectfully requested to terminate ECF 29 and ECF 34.

DATED: May 5, 2025
           New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge