UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELSAYED ELGAIAR,<br><br>                        Plaintiff,<br><br>  -against-<br>RAYMANGANO 7TH AVE. PIZZA CORP.,<br><br>                      Defendant. | 24cv03263 (PAE) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on **May 21, 2025**:

1. By **May 21, 2025**, the parties shall send a confirming email to chambers indicating whether they would like to participate in a further settlement conference on May 22, 2025.

2. By **May 23, 2025,** Plaintiff shall file a letter withdrawing his motion at ECF 40, and the parties shall file a joint stipulation of partial dismissal for the Court's review.

3. To accommodate counsel's other commitments, the deadline for all discovery to be completed is extended until **July 7, 2025.** I do not anticipate any further extensions of this deadline absent extremely good cause shown.

DATED:  May 21, 2025
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge