UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELSAYED ELGAIAR,<br><br>      Plaintiff,<br><br> -against-<br>RAYMANGANO 7TH AVE. PIZZA CORP.,<br><br>      Defendant. | 24-cv-03263 (PAE) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  I held a settlement conference on May 21, 2025; the parties reached an agreement in principle, and the material terms were placed on the record. At the time, the parties informed me that they intended to consent to my jurisdiction for purposes of the *Cheeks* review. I asked that if the parties intended to consent to my jurisdiction, they file the necessary form on the docket by Tuesday, May 27, 2025. They have not done so. If the parties would still like to consent to my jurisdiction, I ask that they do so by **May 30, 2025** by filing the necessary form on the docket; there will be no adverse consequences if the parties elect not to consent to my jurisdiction. Whether or not the parties consent to my jurisdiction, the parties' application for approval of their settlement under *Cheeks* shall be filed on or before **June 21, 2025.**

DATED: May 28, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge