# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**　　　　　　　　　　　　　　　　　　　　　　　Tel: 718-740-1000
Email: abdul@abdulhassan.com　　　　　　　　　　　　　　　　　　　Fax: 718-740-2000
*Employment and Labor Lawyer*　　　　　　　　　　　　　　　Web: www.abdulhassan.com

May 30, 2025

**Via ECF**

Hon. Robyn F. Tarnofsky, USMJ
United States District Court, SDNY
500 Pearl Street,
New York, 10007 NY
Tel: 212-805-3840

<u>Re: Elgaiar v. Raymangano 7th Ave. Pizza Corp.</u>
　Case #: 24-CV-03263 (PAE)(RFT)
　Motion for Extension of Time

Dear Magistrate-Judge Tarnofsky:

　　My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the May 30, 2025 deadline for the parties to file the consent to magistrate form. This request is being made because the parties require some additional time to confer. No prior request for an extension of this deadline was made – the Court extended the deadline once.

　　I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)

**Cc: Defense Counsel via ECF**

---

My order at ECF 47 was not intended to and does not set a deadline after which the parties may no longer consent to magistrate judge jurisdiction. Accordingly, Plaintiff's request for additional time to consent to magistrate judge is unnecessary and denied as moot. If the parties would like me to review their settlement agreement under Cheeks because of my familiarity with the settlement proceedings, they should file the necessary form on the docket before filing their application for approval of their settlement agreement; there will be no adverse consequences if the parties elect not to consent to my jurisdiction. The parties are reminded that their application for approval of their settlement agreement under Cheeks is due by June 21, 2025.
The Clerk of Court is respectfully requested to terminate ECF 48.
Date: 6/2/2025
New York, NY

SO ORDERED
*[signature]*
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE