# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

June 19, 2025

> Application granted. I do not expect to grant any further extensions absent very good cause shown.
>
> SO ORDERED
>
> *[signature]*
>
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE
>
> Date: June 20, 2025
> New York, NY

**Via ECF**

Hon. Robyn F. Tarnofsky, USMJ
United States District Court, SDNY
500 Pearl Street,
New York, 10007 NY
Tel: 212-805-3840

<u>Re: Elgaiar v. Raymangano 7th Ave. Pizza Corp.</u>
    Case #: 24-CV-03263 (PAE)(RFT)
    **Motion for Extension of Time**

Dear Magistrate-Judge Tarnofsky:

    My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the June 19, 2025 deadline for Plaintiff to file his motion for settlement approval and for the parties to file the consent to magistrate form. This request is being made because the parties require some additional time to finalize the settlement papers. No prior request for an extension of the motion deadline was made - the consent form deadline was extended twice.

    I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510) - *Counsel for Plaintiff*

**Cc: Defense Counsel via ECF**

1