UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELSAYED ELGAIAR,<br><br>                Plaintiff,<br><br> -against-<br>RAYMANGANO 7TH AVE. PIZZA CORP.,<br><br>              Defendant. | 24cv03263 (PAE) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Counsel for Defendants shall have until **August 29, 2025** to either 1) move to withdraw; 2) file a notice of substitution of counsel; or 3) file a letter on the docket indicating that the issues she raised have been resolved. If Counsel for Defendants elects the third option, the parties shall file the motion for settlement approval under *Cheeks* and, if they wish to consent to my jurisdiction for purposes of reviewing the settlement, the required paperwork to do so, by **September 3, 2025.** There will be no adverse consequences if the parties decline to consent to my jurisdiction for that purpose.

DATED:  August 25, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge