UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELSAYED ELGAIAR,<br><br>      Plaintiff,<br><br> -against-<br>RAYMANGANO 7TH AVE. PIZZA CORP.,<br><br>      Defendant. | 24-CV-3263 (PAE) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The parties shall, by **October 17, 2025**, file their *Cheeks* application or the documents required for dismissal under Rule 68.

DATED:  October 1, 2025
    New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge