# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**　　　　　　　　　　　　　　　　　　　　Tel: 718-740-1000
Email: abdul@abdulhassan.com　　　　　　　　　　　　　　　　Fax: 718-740-2000
*Employment and Labor Lawyer*　　　　　　　　　　　　　　Web: www.abdulhassan.com

October 17, 2025

**Via ECF**

Hon. Robyn F. Tarnofsky, USMJ
United States District Court, SDNY
500 Pearl Street,
New York, 10007 NY
Tel: 212-805-3840

> Application GRANTED. Plaintiff's deadline to file his motion for settlement approval is extended nunc pro tunc to **October 24, 2025.**
>
> Dated: October 20, 2025
> New York, NY
>
> SO ORDERED
> /s/ Robyn F. Tarnofsky
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

<u>Re: Elgaiar v. Raymangano 7th Ave. Pizza Corp.</u>
**Case #: 24-CV-03263 (PAE)(RFT)
Motion for Extension of Time**

Dear Magistrate-Judge Tarnofsky:

　　My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief one-week extension of the October 17, 2025 deadline for Plaintiff to file his motion for settlement approval. This request is being made because the parties now have a final settlement agreement and require some additional time to arrange for signatures and submission to the Court.

　　I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510) - *Counsel for Plaintiff*

**Cc: Defense Counsel via ECF**

1